United States District Court
Southern District of Texas
**ENTERED**
September 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CRIMINAL NO: |
| v. | § § |
| EDGAR ADRIAN BOTELLO | § § § 4:21-cr-207 |

**ORDER FOR ISSUANCE OF NOTICE**

A  CRIMINAL INDICTMENT  has been filed against the defendant who is

☐ Released on Conditions  ☐ Detained  ☑ In Custody    It is

ORDERED that a notice be issued for the appearance of said defendant  September 21, 2022

at  2:00 pm  .

SIGNED at Houston, Texas, on    September 14, 2022

UNITED STATES MAGISTRATE JUDGE